UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

Case No. 00-6897-CIV-HURLEY/LYNCH

APR 25 2001

MARLA YANNUZZI, et al.

        Plaintiffs,

CLERK, USDC / SDFL / WPB

v.

WORLDWIDEWEB INSTITUTE.COM, INC.,
a Florida corporation,

        Defendant.
_____/

## MEDIATION REPORT

A mediation was held in the above-captioned matter on the date below, with the undersigned mediator conducting the proceedings. The parties and their respective counsel were present at the mediation. The result of the mediation conference is as follows:

√ The matter has been settled. If a stipulation is attached, it is binding without further formalities, except as otherwise indicated. *STIPULATION WILL FOLLOW.*

___ The parties have reached an impasse. All issues require Court action.

The individuals signing this Report acknowledge that (1) they have read this Report, (2) they have full authority individually or in a representative capacity, (3) this Report is the result of a confidential proceeding, and all signers agree to be bound by such confidentiality, and (4) this mediation is governed by the applicable rules of court.

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Date: 4-13-01

_____
HARRY O. BORETH, Mediator
8751 West Broward Blvd., Suite 105
Plantation, Florida 33324
(954) 424 – 1933 / 474-7405 FAX